**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
JOHN FRANCIS CALICCHIO AND VINCENT
COLABELLA, AS COTRUSTEES OF THE
THOMAS A CALICCHIO 2010 TRUST UNDER
AGREEMENT DATED MAY 1, 2020,

                    Plaintiffs,

    -against-                            24 **CIVIL** 5101 (MMG)

                                       **JUDGMENT**

LISA M. JACKSON, TATE JACKSON, AND
PHILLIP J. MICHAELS, AS THE EXECUTORS
OF THE ESTATE OF JOHN CALICCHIO,
DECEASED,

                    Defendants.
--------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 25, 2026, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

     March 26, 2026

                          **TAMMI M. HELLWIG**
                          _____
                            **Clerk of Court**

          **BY:**            K. Mango
                          _____
                            **Deputy Clerk**